**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOROTHY S. KOST,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-2008 |
| v. | : | (JUDGE MANNION) |
| **WILLIAM BALDWIN and SCHUYLKILL COUNTY BAR ASSOCIATION,** | : : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the motion to dismiss the plaintiff's complaint brought on behalf of defendant Baldwin, **(Doc. 9)**, is **GRANTED** in part and **DENIED** in part as discussed in the accompanying memorandum;

**(2)** the motion to dismiss the plaintiff's complaint brought on behalf of defendant Schuylkill County Bar Association, ("SCBA"), **(Doc. 10)**, is **GRANTED**;

**(3)** the plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITH PREJUDICE**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 29, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2008-01-ORDER.wpd